# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | | |
|---|---|---|
| SUSAN BODE | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 3:07CV00013   SWW |
| | * | |
| U.S. EXPRESS, INC.; DOE | * | |
| CORPORATION; and JOHN DOE | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 18TH DAY OF AUGUST, 2008.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE